Case 1:03-cr-00181-LEK    Document 1    Filed 04/16/2003    Page 1 of 3



EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  #3753
Assistant U.S. Attorney

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 16 2003

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JASON STARR, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. CR 03-00181 <br><br> INFORMATION <br><br> [18 U.S.C. §§ 1030(a)(5)(C), <br> 1030(c)(2)(A)] |

INFORMATION

The United States Attorney charges that:

On or about August 9, 2000, in the District of Hawaii and elsewhere, the defendant, JASON STARR, intentionally accessed a protected computer, that is, a computer used in interstate and foreign commerce and communication, without authorization and in excess of authorization, and, as a result of such conduct, caused

systems and information that caused an aggregate loss to Ohananet of at least $5,000 in value during a one-year period, as follows:

Defendant was a student at Erie Business College ("EBC") in Erie, Pennsylvania. Ohananet was a Hawaii corporation that maintained an address on the World Wide Web that customers could visit to utilize its services. Those services included a Hawaii-oriented Internet portal, free e-mail, and Hawaii-related merchandise that was available for purchase. Ohananet leased a computer in Missouri known as a server which Ohananet used to provide those services. Ohananet's customers were located in various states within the United States. The Ohananet server was used in interstate commerce, including by transmitting e-mail messages between states.

On or about August 9, 2000, Defendant used a computer at EBC to intentionally access Ohananet's server without authorization of Ohananet. Defendant accessed the server's "root" account and changed the password for that account. This effectively took control of the server away from Ohananet, since the "root" account provided complete control over the server. Defendant also obtained information about an account that Ohananet's president K.K. maintained at E-bay (an online auction service) and another account that Ohananet maintained at Paypal (an online bill paying service), and attempted to gain unauthorized access to those accounts.

As a result of Defendant's unauthorized access into the Ohananet server, Ohananet reasonably incurred more than $5,000 in losses during the one year period following that access. Those losses included time spent by Ohananet personnel identifying and responding to the problem, including time spent obtaining a new server to replace the compromised server, and time spent transferring Ohananet's data to that new server, as well as the cost of obtaining that new server, costs associated with terminating the lease on the compromised server, cellular telephone expenses for calls relating to the foregoing activities, and legal fees. The total loss suffered by Ohananet was $8,352.26.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(C) and 1030(c)(2)(A).

DATED: April 15, 2003, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

UNITED STATES v. JASON STARR,
CR. No. _____; "INFORMATION"